**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2440**

———————

WILLIAM WHITTMAN,

                                        Plaintiff - Appellant,

        versus

STATE OF VIRGINIA; VIRGINIA EMPLOYMENT
COMMISSION; CIRCUIT COURT OF ARLINGTON,
VIRGINIA,

                                        Defendants - Appellees,

DAVID A. BELL,

                                                    Movant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-02-1362-A)

———————

Submitted: March 20, 2003          Decided: March 25, 2003

———————

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William Whittman, Appellant Pro Se.  Kevin Osborne Barnard, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Whittman appeals the district court's order dismissing his discrimination complaint.  We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Whittman v. Virginia</u>, No. CA-02-1362-A (E.D. Va. Nov. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>